## 910    CASES REPORTED WITH BRIEF SYLLABI.

NATIONAL SURETY COMPANY v. CAROLINA WENNINGER and Others. (2 cases.) — In each case motion to dismiss appeal denied. Present— Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

EDWARD CLARK v. BESSIE REMPEL and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present— Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HATTIE E. BELL v. BRIDGET ELLIS, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

MINNIE REICH, as Administratrix, v. SIMON SCHNUR.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

FRED F. FRENCH and Others v. EDWARD J. KNAPP, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

FLORENCE R. GORDON v. WILLIAM S. GORDON.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

COUNT JEAN KRASICKI v. UNIVERSAL TOOL STEEL COMPANY, LIMITED.— Motion granted and defendant's time extended for ten days from entry of order. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

RALPH C. MORGAN v. MARGARET R. MORGAN.—Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of MARIE DRESSLER, etc.— Motion for stay denied unless condition stated in memorandum per curiam be complied with; if not complied with, motion granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

WILLIAM A. ULMAN v. MEDORA T. HUDSON.— Motion for stay pending appeal granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

BENJAMIN A. LEVINE v. MAX SPIEGEL.— Motion for further security for the judgments appealed from, to be approved by a justice of the Supreme Court at Special Term granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ARTHUR J. MAY v. CORT FILM CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

MAMIE HARTELL v. T. H. SIMONSON & SON COMPANY.— Motion to require appellant to file new undertaking granted, bond to be approved by a justice of the Supreme Court at Special Term. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

FRANKLIN B. LONG and Others v. LEBANON NATIONAL BANK and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.